

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00019-CR

| | | |
|---|---|---|
| Aleksandr Goukasian | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1283325R) |
| v. | § | September 18, 2014 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
                Justice Bill Meier